CHRISTIAN G. VOLTZ, RESPONDENT, *v.* ABEL T. BLACK-
MAR, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered at
Dutchess county Circuit, on the decision of the court without a
jury.

The action was brought for the conversion of a certificate of
deposit for $4,000. The plaintiff had been clerk with power of
attorney to draw checks for the defendant. The relation being
about to terminate, plaintiff drew a check on defendant's bank
account for $4,000, and thereon obtained the certificate in question,
$4,000 being the amount due him, according to plaintiff's calcula-
tion, from defendant. The defendant had plaintiff arrested, and
the certificate was taken from him by the police and delivered to
defendant ; the defendant having previously received from plain-
tiff the defendant's note for $3,000 canceled, the $3,000 being
included in the $4,000 certificate, which note defendant retained.

The judge trying the cause found that the plaintiff, honestly
believing the defendant indebted to him in the sum of $4,000, by
mistake and not otherwise, drew the check and applied the same to
such indebtedness, and notified defendant at once thereof, and
defendant authorized him to draw a check for the $3,000 note, but
for no more until a settlement was had. The defendant was really
indebted to plaintiff $156 less than the $4,000. The court at Gen-
eral Term was of opinion that a cause of action for conversion was
made out, and that defendant having given a cause of action to
plaintiff by a forcible seizure and conversion of the property, no
lien for the $156 interest in the certificate, accrued to defendant
from his tortious possession ; and that as to damages, the amount
due upon the certificate at the time of conversion was the measure.*

*Lewis & Gurney*, for the appellant.

*Nichols & Allen*, for the respondent.

Opinion by TAPPEN, J.

* Ingalls v. Lord, 1 Cow., 240; 1 Smith's Leading Cases, 605.

Present — GILBERT and TAPPEN, JJ.

Judgment affirmed, with costs.

---

CHRISTIAN G. VOLTZ, RESPONDENT, *v.* ABEL T. BLACK-MAR, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered at the Dutchess county Circuit, and from an order denying a motion for a new trial.

The plaintiff on a trial at the Dutchess Circuit in an action for false imprisonment, assault and battery, had a verdict for $4,250, and the court made an extra allowance of five per cent thereon in addition to the costs. The defendant seeks a new trial for alleged errors at the trial, and for excessive damages. The General Term found no errors that could be held at all sufficient to. disturb the verdict, nor, under the circumstances of the case, did it consider the damages excessive. It further *held*, that the extra allowance was in accordance with the established practice and usage in the courts of the district.

*Lewis & Gurney*, for the appellant.

*Nichols & Allen*, for the respondent.

Opinion by TAPPEN, J.

Present — GILBERT and TAPPEN, JJ.

Judgment and order denying new trial affirmed, with costs.